**Exhibit A to the Complaint**

**Location:** Bound Brook, NJ  **IP Address:** 173.54.235.159
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash:<br>B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 07/20/2024 01:02:43 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 2 | Info Hash: AB103F155B309E48A7A7D65C62F4307E08958ABF<br>File Hash:<br>3A43902B69D2E96648C3FF5552311DE61D56689070B50F54228A694E37059C9D | 07/20/2024 01:02:14 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 3 | Info Hash: FD5C62D3613EF573E62CD6548E3BDFA287B049F1<br>File Hash:<br>D69EA86DE6D070D289158FCFAC79742948FA880377BB95F432466115FA63BC67 | 06/29/2024 18:05:08 | Vixen | 04/01/2022 | 04/23/2022 | PA0002346428 |
| 4 | Info Hash: E8EB83682A2C5FC74A2F6E8DAC806B3D69F8DC34<br>File Hash:<br>E9CAFE0140A321AE67FFA83383002B5F370C505ED08270147DB5E89D1EE4C1AF | 06/29/2024 18:03:18 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 5 | Info Hash: 33A98ED004EDF2DD0EA5BE4CBABC6DD9DFC5B8CB<br>File Hash:<br>7CB32F15EB82D50C302B2AD52DD3DB0A8DBC272DD06ADE5AC559C3C97DCA68E4 | 06/25/2024 00:05:07 | Tushy | 01/29/2023 | 03/07/2023 | PA0002400310 |
| 6 | Info Hash: 41B3EC2D6CD45BBF85051632D43E36BAA7523668<br>File Hash:<br>4D07D751E827A8C46DE62E42081B735949517A90A8475AAF97AB3299529BF463 | 06/02/2024 23:58:44 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 7 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash:<br>B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 06/02/2024 23:52:38 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 8 | Info Hash: 4D4B9D0DFAB2937F91476A0F53B8F9CBEB679FF3<br>File Hash:<br>C35C6E657FC9DDC9ADFFF9621656C252AEFACFB1478D99A82AAE355FC23A2331 | 06/02/2024 23:51:06 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 9 | Info Hash: 29A8F5574E95B70E6013548D83E7CC2B05C574C5<br>File Hash:<br>F76DB04753EAF30A67246C0909EA91558155A0144247D81A9CB11A72408FC33F | 02/11/2024 23:20:06 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 10 | Info Hash: 941C319C63EDB1A7ECF586E2764D75DF80014BD4<br>File Hash:<br>83EAE2864AA796F785C6B31D66DB8F08695A246D3A132F86F6DC120C0B496378 | 09/30/2023 22:36:02 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 11 | Info Hash: C72A57DB09EE073AA8591616D40DF785213BAAF3<br>File Hash:<br>F9597531B6619EA952B89C5A9E773E589103E0385662E4D87581095A29A02569 | 08/30/2023 01:02:02 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 20D3DA35539DAE509DA3033B5B75F41D6587733B<br>File Hash:<br>22AE76A6C9190A96CC1EA90BBE445F1851F1FB5BCE92115A453987AE878C7D2A | 08/30/2023<br>01:00:21 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 13 | Info Hash: 5A4E073E87F38F2C0D42AA26B1476210E4539CCB<br>File Hash:<br>055B299D8922314759E8F8344246885D13F17AF5BE062CB7661B6CAC3D6C349E | 07/31/2023<br>23:11:41 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 14 | Info Hash: F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD<br>File Hash:<br>C9BE0488CC1277581F0DE03434554ECFA894B8DFC32605AA8319A2FC7BC19879 | 07/05/2023<br>03:09:27 | Vixen | 04/14/2023 | 05/15/2023 | PA0002411265 |
| 15 | Info Hash: BBDFEDB2F5C0976A2E31DABDF976C1F94634C066<br>File Hash:<br>676A454FC4A9ED65827C6791A32BBCE502BB5C9BE52F720430530B919777A3D7 | 07/05/2023<br>03:08:25 | Vixen | 06/30/2023 | 07/13/2023 | PA0002420344 |
| 16 | Info Hash: 2388A8BAE2D7A66AC8E2823957B738E7F08DD63D<br>File Hash:<br>70135C7904E63EA4F0668F4F63D95BEC1A2EF92598A53768A2C4F2C420C88F8D | 06/20/2023<br>22:17:20 | Blacked | 05/27/2023 | 06/09/2023 | PA0002415390 |
| 17 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash:<br>654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 05/25/2023<br>04:17:04 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 18 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash:<br>6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 04/08/2023<br>04:04:38 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 19 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 04/08/2023<br>04:00:54 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 20 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash:<br>0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 04/01/2023<br>03:10:46 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 21 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash:<br>D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 04/01/2023<br>03:09:22 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 22 | Info Hash: 24550021ABCBE71DCF048521BFA63F64964F7CDB<br>File Hash:<br>0881083D537D67B17DE4B9412D7A30A1D9B4453D47ACD18EB069BA82D1992253 | 04/01/2023<br>03:08:10 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 23 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash:<br>A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 04/01/2023<br>03:05:35 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CCB036966D15109AEF226C917EB117567355E4D4<br>File Hash: 3546FEAD7F9F6CCC421ECD4E80B0D58FDD60807BC4596D879F7750C3CC2693F6 | 04/01/2023 03:03:42 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |